# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-40811-MGD |
| | ) | |
| RHONDA T. EDEN, | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | |

======================================================================

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that HOWARD P. SLOMKA, ESQ., enter an appearance as counsel for creditor, Chris Eden, in the above styled cause and request that all further pleadings, documentation or notices filed shall be provided to the undersigned counsel.

Respectfully submitted, this 24th day of July, 2017.

/s/ Howard P. Slomka
Howard P. Slomka, Esquire
Georgia Bar No. 652875
2859 Paces Ferry Rd, Ste 1700
Atlanta, Georgia 30339
(678) 732-0001 (telephone)
HS@myatllaw.com (e-mail)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-40811-MGD |
| | ) | |
| RHONDA T. EDEN | ) | |
| | ) | |
| Debtor. | ) | |

==================================================================

## CERTIFICATE OF SERVICE

      This is to certify that I have this day served a copy of the within Notice of Appearance in the above styled case by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

SEE ATTACHED FOR ADDITIONAL CREDITORS AND COUNSEL

DATE: July 24, 2017

    /s/ Howard P. Slomka
Howard P. Slomka, Esquire
Georgia Bar No. 652875
2859 Paces Ferry Rd, Ste 1700
Atlanta, Georgia 30339
(678) 732-0001 (telephone)
HS@myatllaw.com (e-mail)