UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| RHONDA T. EDEN, | : | |
| | : | CASE NO. 17-40811-MGD |
| | : | |
| Debtor. | : | |

## NOTICE OF PROPOSED ABANDONMENT OF PROPERTY

NOTICE IS HEREBY GIVEN in accordance with 11 U.S.C. §554 and Rule 6007(a) of the Federal Rules of Bankruptcy Procedure of the proposed abandonment by the undersigned Trustee of the following real and personal property of this estate:

21 Ridgemont Way, Cartersville, GA
2005 Toyota Sequoia
2017 Buick Regal
2005 Volvo XC-90
.38 Revolver

After review of the value of the Debtor's real and personal property listed above, the Trustee is of the opinion that the sale of the real and/or personal property would not generate sufficient funds to pay administrative expenses and a dividend to creditors. The property is therefore burdensome to the estate and of inconsequential value.

NOTICE IS FURTHER GIVEN that any objections to the proposed abandonment must be filed with the Clerk of the United States Bankruptcy Court, Room 339, 600 East First Street, Rome, Georgia 30161-3187, and simultaneously served on the undersigned Trustee within fourteen (14) days following the mailing of this Notice. If a timely objection is made, the Court shall set a hearing on notice to such entities as the Court may direct.

NOTICE prepared this 2nd day of January, 2018.

/s/ TRACEY L. MONTZ
Tracey L. Montz
*Chapter 7 Trustee*

2146 Roswell Rd. #108-406
Marietta, GA 30062
(404) 713-6472
traceymontz@yahoo.com