

**IT IS ORDERED as set forth below:**

**Date: April 5, 2018**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE:                                    :        CHAPTER 7
                                          :
RHONDA T. EDEN,                           :
                                          :        CASE NO. 17-40811-MGD
                                          :
                     Debtor.              :

**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR AUTHORIZATION
TO SELL ESTATE'S INTEREST IN CERTAIN PERSONAL PROPERTY
FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS OR ENCUMBRANCES
PURSUANT TO 11 U.S.C. §363(f) AND FOR AUTHORITY TO
PAY CERTAIN CLAIMS FROM PROCEEDS OF SALE**

Before the Court is the "Motion for Authorization to Sell Estate's Interest in Certain

Personal Property Free and Clear of Liens, Claims, Interests or Encumbrances Pursuant to 11

U.S.C. §363(f) and for Authority to Pay Certain Claim from Proceeds of Sale" (Dkt.#:51) filed

on March 16, 2018, by the duly qualified and acting Chapter 7 Trustee (the "Trustee") in the

above styled case.  Notice of Requirement of Response to the Motion for Authorization to Sell

Estate's Interest in Certain Personal Property Free and Clear of Liens, Claims, Interests or

Encumbrances Pursuant to 11 U.S.C. §363(f) and for Authority to Pay Certain Claim from
Proceeds of Sale and Of Time to File Same pursuant to Bankruptcy Local Rule 9014-2 was
served on all creditors and interested parties.  A Limited Objection to Debtor's Motion to Sell
Estate's Interest in Certain Personal Property Free and Clear of Liens, Claims, Interests or
Encumbrances Pursuant to 11 U.S.C. §363(f) and for Authority to Pay Certain Claim from
Proceeds of Sale" was filed on March 26, 2018 (Dkt.#57), by creditor Cornerstone Bank.
Mitchell Rosen, Esq. appeared at the hearing on behalf of Cornerstone Bank.  No other
objections were filed.  Also appearing at the hearing was Howard Slomka, Esq. on behalf of
creditor and intended Purchaser, Chris Eden.

The Trustee by her Motion seeks authorization to sell the Debtor's  interest in Eden Oak
Properties, LLC and her interest in K & M Hardware, Inc. (the "Property") for $1,177,000.00
(the "Purchase Price") to be paid to the bankruptcy estate by Chris Eden within thirty (30) days
of the date of this Order. The sale of the Property will be based on the 2016 income tax returns
and will be reported on the bankruptcy estate's income tax returns in 2018.  Any K-1 reporting
beginning with 2017 will be reported fully by Chris Eden as if the sale took place December 31,
2016.

Upon consideration of the record in this matter, good cause shown, it is hereby

ORDERED that the Chapter 7 Trustee's Motion for Authorization to Sell Estate's Interest
in Certain Personal Property Free and Clear of Liens, Claims, Interests or Encumbrances
Pursuant to 11 U.S.C. §363(f) and for Authority to Pay Certain Claim from Proceeds of Sale is
GRANTED, and the Trustee is authorized and directed to collect $1,177,000.00 from Chris Eden
within thirty (30) days of the date of this Order for the Debtor's interest in Eden Oak Properties,
LLC and in K & M Hardware, Inc., and it is

FURTHER ORDERED that upon the closing of this transaction and the payment of the

Purchase Price in full by Chris Eden, he shall file a statement in this case agreeing to the

subordination of his claims numbered 3, 10 and 18 to all timely filed claims in this case, and it is

FURTHER ORDERED that the Trustee is authorized to pay Cornerstone Bank its

unsecured claim in the full amount owed as of the date of closing; and to pay Cornerstone Bank

its statutory attorney fee in the agreed amount of $50,000; and to pay M & W Investments

$50,000 toward the balance owed on its second priority deed to secure debt; and to pay

$6,250.00 to Sunbelt Business Brokers-Atlanta in satisfaction of any claim it may have for any

commission on the sale; and to pay any other minor costs associated with the completion of this

sale, and to enter into and execute all documents necessary to effectuate the sale.

END OF DOCUMENT

Order Prepared and Presented By:

/s/ JOHN C. PENNINGTON
John C. Pennington
*Attorney for Chapter 7 Trustee*
Georgia Bar No. 571400
John C. Pennington, P.C.
P.O. Box 275
Helen, GA 30545
(706) 878-0033
jcppc@windstream.net

## DISTRIBUTION LIST

*The following parties are to be served by the Clerk of the Bankruptcy Court pursuant to BLR 9013-3(c)(2):*

Tracey L. Montz
2146 Roswell Rd. #108-406
Marietta, GA 30062

Office of United States Trustee
362 Richard B. Russell Federal Bldg.
75 Ted Turner Dr., S.W.
Atlanta, GA 30303

John C. Pennington, P.C.
P.O. Box 275
Helen, GA 30545

Brian S. Limbocker
Bldg. 800, Suite 140
2230 Towne Lake Pkwy
Woodstock, GA 30189

Rhonda T Eden
14 Foxhound Way, SW
Cartersville, GA 30120

Chris Eden
c/o Howie Slomka, Esq.
Slipakoff & Slomka
2859 Paces Ferry Rd., Suite 1700
Atlanta, GA  30339

Chris Eden
PO Box 28083
Atlanta, GA  30358

Mitchell S. Rosen, Esq.
Kitchen Kelley Gaynes, P.C.
Glenridge Highlands One, Suite 800
5555 Glenridge Connector
Atlanta, GA  30342

M & W Investments
c/o Gregory Doyle Calhoun & Rogers
Attn: C. George Kleeman, IV, Esq.
49 Atlanta St.
Marietta, GA  30060-1977


M & W Investments
120 Chastain Rd., Unit 2201
Kennesaw, GA  30144-6223

Regions Bank
c/o Kelly E. Waits, Esq.
Burr & Forman LLP
Suite 100, 171 Seventeenth St. NW
Atlanta, GA   30363

Wells Fargo Bank
c/o A. Michelle Hart Ippoliti, Esq.
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Rd.
Roswell, GA  30076

Doreen Morgan
Sunbelt Business Brokers - Atlanta
4470 Chamblee Dunwoody Rd., Suite 460
Atlanta, GA  30338