

**IT IS ORDERED as set forth below:**

**Date: October 30, 2018**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| RHONDA T. EDEN, | : | |
| | : | CASE NO. 17-40811-BEM |
| | : | |
| Debtor. | : | |

**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR AUTHORIZATION
TO SELL ESTATE'S INTEREST IN CERTAIN PERSONAL PROPERTY
AND FOR AUTHORITY TO PAY CERTAIN CLAIMS FROM PROCEEDS OF SALE**

Before the Court is the "Motion for Authorization to Sell Estate's Interest in Certain Personal Property and for Authority to Pay Certain Claims from Proceeds of Sale" (Dkt.#:65) (the "Motion") filed on September 25, 2018, by the duly qualified and acting Chapter 7 Trustee (the "Trustee") in the above styled case.  Notice of Requirement of Response to the Motion for Authorization to Sell Estate's Interest in Certain Personal Property and for Authority to Pay Certain Claims from Proceeds of Sale and Of Time to File Same pursuant to Bankruptcy Local Rule 9014-2 was served on all creditors and interested parties.  A Limited Objection to the

Motion was filed on October 19, 2018, by Cornerstone Bank (Dkt#:68). Mitchell S. Rosen, Esq. appeared at the hearing on behalf of Cornerstone Bank. A Brief in Support of the Motion was filed by Creditor Chris Eden on October 22, 2018 (Dkt#:69). Howard P. Slomka, Esq. appeared at the hearing on behalf of Chris Eden. No other objections or responses were filed. Also appearing at the hearing was John C. Pennington, Esq. representing the Trustee.

The Trustee by her Motion seeks authorization to sell the Debtor's 99% interest in Eden Oak Properties, LLC and a 50% interest in K & M Hardware, Inc. (the "Property") for $1,500,000.00 (the "Purchase Price") to DDR Limited, LLC, a purchaser in good faith and a disinterested party.

Upon consideration of the record in this matter, good cause shown, it is hereby

ORDERED that the Chapter 7 Trustee's Motion for Authorization to Sell Estate's Interest in Certain Personal Property and for Authority to Pay Certain Claims from Proceeds of Sale is GRANTED, and the Trustee is authorized and directed to collect $1,500,000.00 from DDR Limited, LLC for the transfer of the entire interest in Eden Oak Properties, LLC, and K & M Hardware, Inc., which interest shall include all of the Debtor's ownership in such entities, and those of her co-owner(s), if any, which co-owner(s) shall maintain their rights as Co-owners pursuant to 11 U.S.C §363; and it is

FURTHER ORDERED that the Trustee is authorized to pay at closing: 1) Cornerstone Bank its claim in full, based on its first priority deed to secure debt on the real property located at 6437 Highway 92, Acworth, GA which was a personal guarantee of the Debtor; 2) Cornerstone Bank its statutory attorney fee in full; 3) M & W Investments $210,189.59 in full satisfaction of its second priority deed to secure debt on the real property located at 6437 Highway 92, Acworth, GA, and on K & M Hardware, Inc.; 4) Regions Bank $13,750.28 based on the personal

guarantee of the Debtor for K & M Hardware, Inc. debt which may possibly create a significant tax liability if not paid in the same year the sale closes; 5) Regions Bank $24,252.99 based on the personal guarantee of the Debtor for K & M Hardware, Inc. debt which may possibly create a significant tax liability if not paid in the same year the sale closes; 6) Sunbelt Business Brokers-Atlanta $150,000.00 for its commission on the sale; 7) any allowed claim of Cherokee County for *ad valorem* taxes; and 8) any other minor costs associated with the completion of this sale; and it is

FURTHER ORDERED that the Chapter 7 Trustee be, and she hereby is, authorized and directed to execute any and all documents necessary to accomplish the sale of the Property; and it is

FURTHER ORDERED that the Trustee and her agent shall have sixty (60) days from the date of this Order to continue marketing the Property for sale; and it is

FURTHER ORDERED that, if the sale to DDR Limited, LLC or to another buyer on the same terms, does not close as provided herein, or if a binding contract with a new buyer has not been fully executed by December 31, 2018, the Trustee is authorized to conduct a public auction for the sale of the Property in January, 2019; and it is

FURTHER ORDERED that in the event the Property is not sold pursuant to a binding contract or by auction on or before January 25, 2019, Cornerstone Bank may advertise for foreclosure of the Property in February, 2019, for a foreclosure sale on the first Tuesday of March, 2019.

END OF DOCUMENT

(Signatures continued on following page)

Order Prepared and Presented By:

/s/ JOHN C. PENNINGTON
John C. Pennington
*Attorney for Chapter 7 Trustee*
Georgia Bar No. 571400
John C. Pennington, P.C.
P.O. Box 275
Helen, GA 30545
(706) 878-0033
jcppc@windstream.net

Consented to by:

/s/ MITCHELL S. ROSEN (with express permission)
Mitchell S. Rosen, Esq.
*Attorney for Cornerstone Bank*
Georgia Bar No. 614419
Kitchens Kelley Gaynes, P.C.
Glenridge Highlands One, Suite 800
5555 Glenridge Connector
Atlanta, GA  30342
404-237-4100
mrosen@kkgpc.com

Consented to by:

/s/ HOWARD P. SLOMKA (with express permission)
Howard P. Slomka, Esq.
*Attorney for Chris Eden*
Georgia Bar No. 652875
Slipakoff & Slomka, LLP
2859 Paces Ferry Rd., Suite 1700
Atlanta, GA  30339
678-732-0001
HS@myatllaw.com

## **DISTRIBUTION LIST**

*The following parties are to be served by the Clerk of the Bankruptcy Court pursuant to BLR 9013-3(c)(2):*

        Tracey L. Montz
        2146 Roswell Rd. #108-406
        Marietta, GA 30062

        Office of United States Trustee
        362 Richard B. Russell Federal Bldg.
        75 Ted Turner Dr., S.W.
        Atlanta, GA 30303

        John C. Pennington, P.C.
        P.O. Box 275
        Helen, GA 30545

        Brian S. Limbocker
        Bldg. 800, Suite 140
        2230 Towne Lake Pkwy
        Woodstock, GA 30189

        Rhonda T Eden
        14 Foxhound Way, SW
        Cartersville, GA 30120

        Chris Eden
        c/o Howard P. Slomka, Esq.
        Slipakoff & Slomka
        2859 Paces Ferry Rd., Suite 1700
        Atlanta, GA  30339

        Chris Eden
        PO Box 28083
        Atlanta, GA  30358

        Mitchell S. Rosen, Esq.
        Kitchens Kelley Gaynes, P.C.
        Glenridge Highlands One, Suite 800
        5555 Glenridge Connector
        Atlanta, GA  30342

M & W Investments
c/o Gregory Doyle Calhoun & Rogers
Attn: C. George Kleeman, IV, Esq.
49 Atlanta St.
Marietta, GA  30060-1977


M & W Investments
120 Chastain Rd., Unit 2201
Kennesaw, GA  30144-6223

Regions Bank
c/o Kelly E. Waits, Esq.
Burr & Forman LLP
Suite 100, 171 Seventeenth St. NW
Atlanta, GA   30363

Wells Fargo Bank
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Rd.
Roswell, GA  30076

Doreen Morgan
Sunbelt Business Brokers - Atlanta
4470 Chamblee Dunwoody Rd., Suite 460
Atlanta, GA  30338

Damon Rose
DDR Limited, LLC
4725 Northside Dr.
Atlanta, GA  30318

KW Commercial Atlanta Perimeter
115 Perimeter Place, Suite 100
Atlanta, GA  30346

Cherokee County Tax Commissioner
270 Marietta Hwy
Canton, GA  30114