UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE: : CHAPTER 7
:
RHONDA T. EDEN, :
: CASE NO. 17-40811-BEM
:
Debtor. :

## NOTICE OF RE-SCHEDULED HEARING

**NOTICE IS HEREBY GIVEN** that the hearing scheduled in the above styled case for February 5, 2019, at 10:00 a.m. in Courtroom 1402, United States Courthouse, 75 Ted Turner Dr., Atlanta, Georgia, is re-scheduled to:

February 27, 2019, at 9:25 a.m. in Courtroom 342, United States Courthouse, 600 E. First St., Rome, Georgia.

Dated: February 4, 2019

/s/ TRACEY L. MONTZ
Tracey L. Montz
*Chapter 7 Trustee*

2146 Roswell Rd. #108-406
Marietta, GA 30062
(404) 713-6472
traceymontz@yahoo.com

# CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that I have this date served the within and foregoing *NOTICE OF RESCHEDULED HEARING* upon the following parties by depositing a true and correct copy of same in the United States Mail, first class postage prepaid, and addressed as follows:

Office of the United States Trustee
362 Richard B. Russell Federal Bldg.
75 Ted Turner Dr, S.W.
Atlanta, GA 30303-3311

Brian S. Limbocker, Esq.
Bldg. 800, Suite 140
2230 Towne Lake Pkwy
Woodstock, GA 30189

Rhonda T Eden
14 Foxhound Way, SW
Cartersville, GA 30120

Chris Eden
c/o Howie Slomka, Esq.
Slipakoff & Slomka
2859 Paces Ferry Rd., Suite 1700
Atlanta, GA  30339

Chris Eden
PO Box 28083
Atlanta, GA  30358

Mitchell S. Rosen, Esq.
Kitchen Kelley Gaynes, P.C.
Glenridge Highlands One, Suite 800
5555 Glenridge Connector
Atlanta, GA  30342

M & W Investments
c/o Gregory Doyle Calhoun & Rogers
Attn: C. George Kleeman, IV, Esq.
49 Atlanta St.
Marietta, GA  30060-1977

M & W Investments
120 Chastain Rd., Unit 2201
Kennesaw, GA  30144-6223

Regions Bank
c/o Kelly E. Waits, Esq.
Burr & Forman LLP
Suite 100, 171 Seventeenth St. NW
Atlanta, GA   30363

Wells Fargo Bank
c/o McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Rd.
Roswell, GA  30076

Doreen Morgan
Sunbelt Business Brokers - Atlanta
4470 Chamblee Dunwoody Rd., Suite 460
Atlanta, GA  30338

Cherokee County Tax Commissioner
270 Marietta Hwy
Canton, GA  30114

Dated: February 4, 2019.

/s/ TRACEY L. MONTZ
Tracey L. Montz
*Chapter 7 Trustee*

2146 Roswell Rd. #108-406
Marietta, GA 30062
(404) 713-6472
traceymontz@yahoo.com