UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| RHONDA T. EDEN, | : | |
| | : | CASE NO. 17-40811-BEM |
| | : | |
| Debtor. | : | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Tracey L. Montz, Chapter 7 Trustee for the above referenced Debtor has filed her Motion For Authorization to Sell the Estate's Interest in Certain Personal Property and for Authority to Pay Certain Claims from Proceeds of Sale on February 12, 2019, (Dkt.#88) (the "Motion") and Amended Motion on February 13, 2019 (Dkt.#90), seeking an order approving the sale of personal property known as the membership interest in Eden Oak Properties, LLC to Eden Rock Real Estate Partners, LLC for $1,325,000.00, a good faith purchaser and disinterested party.  The Trustee believes a sale is in the best interest of the Estate and seeks the Court's approval of the proposed sale.

**NOTICE IS HEREBY GIVEN** that a hearing is scheduled for February 27, 2019, at 9:25 a.m. in Courtroom 342, United States Courthouse, 600 E. First St., Rome, Georgia, to consider the Motion.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.  If you do not want the Court to grant the relief sought in this pleading or if you want the Court to consider your views, then you and/or your attorney must attend the hearing.**

Dated: February 13, 2019

s/ John C. Pennington
John C. Pennington
Georgia Bar No. 571400
*Attorney for Trustee*

JOHN C.  PENNINGTON, P.C.
P.O. Box 275
Helen, Georgia 30545
(770) 530-5075
jcppc@windstream.net

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE:                              :        CHAPTER 7
                                    :
RHONDA T. EDEN,                     :
                                    :        CASE NO. 17-40811-BEM
                                    :
                    Debtor.         :

### CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that I have this date served a true and correct copy of the

*NOTICE OF HEARING* dated February 13, 2019, upon each of the following by depositing same

in the United States Mail, first class postage prepaid, and properly addressed as set forth on

Exhibit "A" hereto.

SEE EXHIBIT "A" ATTACHED HERETO

Dated: February 13, 2019

                                    s/ John C. Pennington
                                    John C. Pennington
                                    Georgia Bar No. 571400
                                    *Attorney for Trustee*

JOHN C.  PENNINGTON, P.C.
P.O. Box 275
Helen, Georgia 30545
(770) 530-5075
jcppc@windstream.net

A. Michelle Hart Ippoliti, Esq.
McCalla Raymer
1544 Old Alabama Rd
Roswell, GA  30076

ACE
2200 Kensington Court
Oak Brook, IL 60523-2100

American Express
P.O. Box 981535
El Paso, TX 79998-1535

American Express Bank, FSB
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

AMERICAN HONDA FINANCE
P O BOX 168088
IRVING TX 75016-8088

American Honda Motor, Inc.
1919 Torrance Boulevard
Torrance, CA 90501-2746

AMERICREDIT FINANCIAL SERVICES DBA GM
FINAN
PO BOX 183853
ARLINGTON TX 76096-3853

ARI
10850 W Park Place
Suite 1200
Milwaukee, WI 53224-3635

BCS
4859 N. Lagoon Ave.
Portland, OR 97217-7633

Belt South Capital Corporation
3045 Knight Avenue
Waycross, GA 31503-9518

Blalock Machinery
500 Jerry Steele Lane
McDonough, GA 30253-7509

Brad Cowart
HighlandsBrokers.com
1124 North Tennessee St
Cartersville, GA 30120-7937

Brian S. Limbocker
Limbocker Law Firm, LLC
Bldg. 800 - Suite 140
2230 Towne Lake Parkway
Woodstock, GA 30189-5542

Browning Straw Company
P.O. Box 168
Alamo, GA 30411-0168

C-systems Software Inc.
2201 Arlington Downs Road
Arlington, TX 76011-6319

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Capital One
c/o Becket and Lee, LLP
PO Box 3001
Malvern, PA  19355-0701

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Carpet Express
P.O. Box 279
Ash Flat, AR 72513-0279

Cartersville Medical Center
Resurgent Capital Services
PO Box 1927
Greenville, SC 29602-1927

Cartersville Medical Center
P.O. Box 406087
Atlanta, GA 30384-6087

Chase
P.O. Box 15298
Wilmington, DE 19850-5298

Cherokee County Tax Commissioner
270 Marietta Hwy
Canton, GA  30114

Chris Eden
PO Box 28083
Atlanta, GA  30358-0083

Chris Eden
c/o Howard Slomka, Esq.
Slipakoff & Slomka
2859 Paces Ferry Rd., Suite 1700
Atlanta, GA  30339

Chris Eden
C/O Ronald F. Debranski II Attorney
321 Creekstone Ridge
Woodstock, GA 30188-3745

Cintas
P.O. Box 630910
Cincinnati, OH 45263-0910

CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Coca Cola
One Coca- Cola Plaza NW
USA 1217C-1
Atlanta, GA 30313-2420

Coca Cola Refreshments
605 Lake Kathy Drive
Brandon, FL 33510-3904

Cornerstone Bank
2060 Mt. Paran Rd., NW
Suite 100
Atlanta, GA 30327-2935

Country Home Products
75 Meigs Road
Vergennes, VT 05491-8905

Damon Rose
DDR Limited, LLC
4725 Northside Dr.
Atlanta, GA  30318

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850-5316

Doreen Morgan
Sunbelt Business Brokers
4470 Chamblee Dunwoody Rd, Suite 460
Atlanta, GA  30338

Dsnb Macys
9111 Duke Blvd
Mason, OH 45040-8999

Eden Oak Properties, LLC
6437 Highway 92
Acworth, GA 30102-7524

Ellett Brothers
267 Columbia Ave.
Chapin, SC 29036-8322

Employers Prefferred Ins. CO.
14120 Ballantyne Corporate Pla
ste. 100
Charlotte, NC 28277-2685

Eric A. Ballinger
P.O. Box 450
Canton, GA 30169-0490

Fed Loan Serv
Po Box 60610
Harrisburg, PA 17106-0610

Freight Quote.com
901 West Carondelet Drive
Kansas City, MO 64114-4674

Gardner of FL
3641 Interchange Road
Columbus, OH 43204-1499

GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

Gloves Inc.
1950 Collins Blvd.
Austell, GA 30106-3661

GM Financial
P.O. Box 183834
Arlington, TX 76096-3834

HARBIN CLINIC LLC
C/O NATIONWIDE RECOVERY SERVICE
P.O. BOX 8005
CLEVELAND, TN 37320-8005

Harbin Clinic- BAD ADDRESS
1825 Martha Berry Blvd.
Rome, GA 30165-1625

Harrison Gross, Esq.
McCall Rayner
1544 Old Alabama Rd
Roswell, GA  30076

Heather Bock, Esq.
McCall Rayner
1544 Old Alabama Rd
Roswell, GA  30076

Honda Fiance Services
20800 Madrona Ave.
Torrance, CA 90503-4915

Husqvarna BAD ADDRESS
75 Remittance Drive
Suite 6869
Chicago, IL 60675-6869

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jerry Pate Turf & Irrigation
Dept. 1866
P.O. Box 2153
Birmingham, AL 35287-1866

John C. Pennington, P.C.
PO Box 275
Helen, GA  30545

K & M Hardware, Inc.
6437 Highway 92
Acworth, GA 30102-7524

Kawasaki Motors Corp BAD ADDRESS
9950 Jeronimo Road
Irvine, CA 92618-2014

Kelly Waits, Esq.
Burr & Forman, LLP
171 Seventeenth St., Suite 1100
Atlanta, GA  30363

Kohls/capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051-7096

KW Commercial Atlanta Perimeter
115 Perimeter Place, Suite 100
Atlanta, GA  30346

Lee Lawn Equipment Enterprises
3045 Knight Avenue
Waycross, GA 31503-9518

M & W Investments
c/o Gregory, Doyle, Calhoun & Rogers
Attn:  C. George Kleeman IV
49 Atlanta, St
Marietta, GA  30060-1977

M&W Investment
120 Chastain Rd. Unit 2201
Kennesaw, GA 30144-6223

Maria Tsagaris, Esq.
McCalla Raymer
1544 Old Alabama Rd
Roswell, GA  30076

Marietta Surgical Center
P.O. Box 920187
Norcross, GA 30010-0187

Mitchell S. Rosen, Esq,
Kitchen Kelley & Gaynes, P.C.
Glenridge Highlands One, Suite 800
5555 Glenridge Connector
Atlanta, GA  30342

MTA Distributors
555 Hickory Blvd.
Whites Creek, TN 37189-9287

National Registered Agents- BAD ADDRESS
515 East Park Avenue
Tallahassee, FL 32301-2524

NATIONWIDE RECOVERY SERVICE
PO BOX 8005
CLEVELAND TN 37320-8005

Navient
Po Box 9500
Wilkes Barre, PA 18773-9500

Navient Solutions, LLC
220 Lasley Ave
Wilkes-Barre, PA 18706-1430

NPAS, Inc.
P.O. Box 99400
Louisville, KY 40269-0400

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

Orgill
4100 S Houston Levee Rd
Collierville, TN  38017-2294

Power Distributors
P.O. Box 531631
Atlanta, GA 30353-1631

Power Distributors (SEDCO)
225 Henry D. Robinson Blvd.
Pendergrass, GA 30567-4653

Purchase Power
2225 American Drive
Neenah, WI 54956-1005

PYGAR USA, Inc.
123 NW 36th Street
Suite 202
Seattle, WA 98107-4959

RBI Corporation
P.O. Box 9318
Richmond, VA 23227-0318

Red Iron Acceptance, LLC
P.O. Box 4531
Carol Stream, IL 60197-4531

REGIONS BANK
417 20TH ST NORTH
BIRMINGHAM, AL 35203-3295

Regions Bankcard
2050 Parkway Office Cir
Hoover, AL 35244-1805

Regions Business Enhanced
P.O. Box 216
Birmingham, AL 35201-0216

Rhonda T Eden
14 Foxhound Way, SW
Cartersville, GA 30120

SA White Oil Company
590 Atlanta Street
Marietta, GA 30060-2229

Southeast Anesthesia, PC BAD ADDRESS
P.O. Box 2260
Cartersville, GA 30120-1688

STIHL
2304 W. Taft Vineland Road
Orlando, FL 32837-7837

Stonebridge Accounting & Forensics LLC
Spence A. Shumway, CPA
P.O. Box 1290
Grayson, GA 30017-0025

Sunbelt
5100-H West WT Harris Blvd.
Charlotte, NC 28269

Sunbelt Outdoor Products
29962 Network Place
Chicago, IL 60673-1299

U. S. Attorney
600 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta GA 30303-3315

US Dept of Education
c/o FedLoan Servicing
PO Box 69184
Harrisburg, PA  17106-9184

WELLS FARGO BANK NA
WELLS FARGO HOME MORTGAGE AMERICAS
SERVICING
ATTN BANKRUPTCY DEPT MAC X7801-014
3476 STATEVIEW BLVD
FORT MILL SC 29715-7203

Wells Fargo Bank, N.A.
Attn: Sharilyn Kelley
4101 Wiseman Blvd
Bldg 205, Floor 01
San Antonio, TX 78251-4200

Wells Fargo Commercial Dist. Finance
A. Todd Sprinkle, Esq.
Parker, Poe Adams & Bernstein
1180 Peachtree St., Suite 3300
Atlanta, GA  30309

Wells Fargo Commercial Distrib BAD ADDRESS
500 West Monroe St.
Chicago, IL 60661-3671