UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE:                                  :        CHAPTER 7
                                        :
RHONDA T. EDEN,                         :
                                        :        CASE NO. 17-40811-BEM
                                        :
            Debtor.                     :

## TRUSTEE'S REPORT OF SALE

COMES NOW Tracey L. Montz, Chapter 7 Trustee in the case of the above-named

Debtor, and respectfully represents:

1.

On April 4, 2017, a voluntary Chapter 7 petition was filed by the above-named Debtor.

Tracey L. Montz is the duly qualified and acting Chapter 7 Trustee in this case.

2.

By Order entered April 2, 2019 (Dkt.#103), this Court authorized the Trustee to transfer

the Debtor's interest in K & M Hardware, Inc. to Chris Eden for $1,000.00 as part of a larger

settlement with Chris Eden.

3.

The funds were received on April 29, 2019, and deposited into the estate bank account.

Dated:          May 21, 2019.

                                        /s/ Tracey L. Montz
                                        Tracey L. Montz
                                        *Chapter 7 Trustee*

2146 Roswell Rd. #108-406
Marietta, GA 30062
(404) 713-6472
traceymontz@yahoo.com

## <u>CERTIFICATE OF SERVICE</u>

THIS IS TO CERTIFY that I have this date served the within and foregoing *TRUSTEE'S*

*REPORT OF SALE* upon the following parties by depositing a true and correct copy of same in the

United States Mail, first class postage prepaid and addressed as follows:

Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Dr., S.W.
Atlanta, GA 30303-3311

Brian S. Limbocker, Esq.
Bldg. 800, Suite 140
2230 Towne Lake Pkwy
Woodstock, GA 30189

Dated:         May 21, 2019

/s/ TRACEY L. MONTZ
Tracey L. Montz
*Chapter 7 Trustee*

2146 Roswell Rd. #108-406
Marietta, GA 30062
(404) 713-6472
traceymontz@yahoo.com